NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JUSTIN D. SUTTON,              )
                            )
         Appellant,       )
                            )
v.                          )     Case No. 2D17-3757
                            )
STATE OF FLORIDA,       )
                            )
         Appellee.        )
_____)

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and BLACK, JJ., Concur.